**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DIGITAL BROADCASTING SOLUTIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>DISH NETWORK L.L.C., DISH TECHNOLOGIES L.L.C.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:22-CV-00335-JRG |

**ORDER**

Before the Court is the Joint Stipulation of Voluntary Dismissal of DISH Technologies L.L.C. (the "Stipulation") filed by Plaintiff Digital Broadcasting Solutions LLC ("Plaintiff") and Defendants DISH Network L.L.C. and DISH Technologies L.L.C. (collectively, "Defendants"). (Dkt. No. 16.) In the Stipulation, Plaintiff gives notice that it voluntarily dismisses its claims against Defendant DISH Technologies L.L.C. without prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff in the above-captioned case with respect to Defendant DISH Technologies L.L.C. are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned case in light of the remaining parties and claims.

**So ORDERED and SIGNED this 8th day of November, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE